# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY INTERNATIONAL, | CASE NO: CV 17-9158-GW(SKx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| LAURA ANN DeCRESCENZO aka LAURA A. DIECKMAN, | |
| Defendant. | |

This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendant's Motion to Dismiss,

It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: May 9, 2018  _____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] JUDGMENT**